

# Fourth Court of Appeals
## San Antonio, Texas

March 9, 2020

No. 04-20-00121-CV

**IN THE INTEREST OF I.N.D.,**

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02752
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

    The reporter's record was due March 2, 2020, but was not filed.  On March 6, 2020, the court reporter filed a notification of late record, requesting until March 16, 2020, to file the reporter's record.  After consideration, we **GRANT IN PART** the court reporter's requested extension and **ORDER** the court reporter to file the reporter's record in this court **on or before March 12, 2020**.  The court reporter is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed.  *See* TEX. R. JUD. ADMIN. 6.2.  Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court